FILED'08 NOV 13 14:15USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PEGGY J. BROCK, | ) | |
| | ) | Civil No. 07-1534-PK |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision is AFFIRMED and this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 13th day of November, 2008.

by _____
Paul Papak
United States Magistrate Judge